UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY BROWN, | CV F   04 6736 REC WMW P |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS (Doc. 12) |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 2, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  proper analysis.
3          Accordingly, THE COURT HEREBY ORDERS that:
4          1. The Findings and Recommendations issued by the Magistrate Judge on August
5  2, 2005, are adopted in full; and
6          2. This action is dismissed without prejudice for failure to prosecute.  The Clerk
7  is directed to enter judgment for defendants.
8      IT IS SO ORDERED.
9  **Dated:  September 23, 2005**           /s/ Robert E. Coyle
   668554                        UNITED STATES DISTRICT JUDGE